# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kefa Sent Hotep Bey,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                            3;12cv85

Officer Pictrus K., et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/2012 Order.

                                                         Signed: August 13, 2012

                                                         Frank G. Johns, Clerk
                                                         United States District Court